

**Esere J. Onaodowan, Esq.**
eonaodowan@gmail.com   c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com   c 917.238.9332

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/30/2023

March 29, 2023

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Khalil Bey-Muhammad 23 Cr. 141 (VEC)</u>

Dear Judge Caproni:

    On March 23, 2023, Mr. Bey-Muhammad was released on bail conditions, including that a $50,000 bond be signed by two financially responsible persons, one of which was required to be his mother. Mr. Bey-Muhammad's mother is no longer a viable co-signer. I am therefore requesting that his bond be modified to remove the requirement that his mother be one of the co-signers. I am also requesting an extension of one week to find an additional co-signer.

    I have consulted with the government, and they have no objection to this modification or to the one-week extension.

cc: AUSA Horton
    AUSA Xiang

Respectfully Submitted

*/s/ Christine Delince*
_____
Christine Delince, Esq.

---

Application GRANTED.

SO ORDERED.

*/s/ Valerie Caproni*   03/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

100 Church Street, 8th Fl, NY 10007   w eocdlaw.com   facebook.com/OnaodowanDelince   twitter.com/OandDLaw