```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/31/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
   UNITED STATES OF AMERICA,             :

                      -against-               :

   KHALIL BEY-MUHAMMAD,                 :      23-CR-141 (VEC)

                         Defendant.  :      ORDER
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on May 31, 2024, the parties requested that the Court schedule a change-of-plea hearing in this matter.

      IT IS FURTHER ORDERED that a change-of-plea hearing will be held on **Thursday, August 1, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

**Date: May 31, 2024**                                      _____
     **New York, New York**                       **VALERIE CAPRONI**
                                                         **United States District Judge**