UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

   -against-                            **REIMBURSEMENT ORDER**

                                        **23 Cr. 141 (VEC)**

KHALIL BEY-MUHAMMAD,

      Defendant.
-------------------------------------------------------X

Upon the application of KHALIL BEY-MUHAMMAD, by his attorney, CHRISTINE DELINCE, and upon a finding of indigence and in the interests of justice, it is hereby ORDERED that counsel be reimbursed the expenses related to KHALIL BEY MUHAMMAD'S return ticket from New York to Chicago for his sentencing hearing scheduled for January 7, 2025, in an amount not more than $200.

                                                        SO ORDERED.

                                                        12/20/2024

                                                     HON. VALERIE CAPRONI
                                                    UNITED STATES DISTRICT JUDGE