UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-                                      **TRANSPORTATION ORDER**

                                                  **23 Cr. 141 (VEC)**

KHALIL BEY-MUHAMMAD,

      Defendant.
-------------------------------------------------------X

Upon the application of KHALIL BEY-MUHAMMAD, by his attorney, CHRISTINE DELINCE, pursuant to 18 U.S.C. §4285, and upon a finding of indigence and in the interests of justice, it is hereby ORDERED that the United States Marshals Service furnish Khalil Bey-Muhammad with funds to cover the cost of one way airfare between Chicago, Illinois, and Queens, New York, in advance of his upcoming court appearance of Tuesday January 7, 2025 at 10:30 AM, arriving no later than **Monday, January 6, 2025 at 11:00 PM**; and it is hereby further ORDERED that the aforesaid expenses shall be paid by the United States Marshals Service.

                                                  **SO ORDERED:**

                                                  _____
                                                  Hon. Valerie E. Caproni
                                                  United States District Judge

Dated: December __20__, 2024
       New York, New York