

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 20, 2024

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    <u>United States v. Khalil Bey-Muhammad</u>, 23 Cr. 141 (VEC)

Dear Judge Caproni:

    The Government respectfully requests a one-week extension of the December 23, 2024 deadline for its sentencing submission. Sentencing is scheduled for January 7, 2025. The Government makes this request—to which the defense consents—in light of the press of business in other matters. The Government thanks the Court for its consideration.

        Respectfully submitted,

        EDWARD Y. KIM
        Acting United States Attorney for the
        Southern District of New York

    by:  /s/ Jun Xiang_____
        Jun Xiang / Justin Horton / Matthew R. Shahabian
        Assistant United States Attorneys
        (212) 637-2289 / -2276 / -1046

**CC (BY ECF)**
Christine Delince, Esq.

---

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*

12/20/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE