

Esere J. Onaodowan, Esq.
eonaodowan@eocdlaw.com  c 718.427.3139

Christine Delince, Esq.
cdelince@eocdlaw.com  c 917.238.9332

Via ECF
Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2025

Re: <u>United States v. Khalil Bey-Muhammad</u> 23 Cr. 141 (VEC)

Dear Judge Caproni:

    I represent Khalil Bey-Muhammad in the above captioned case, who was sentenced to a prison term of eighty-seven months on January 7, 2025. His United States Passport is currently in the possession of Pretrial Services at 500 Pearl Street, NY, NY 10007 in the Southern District of New York. On February 27, 2024, Mr. Bey-Muhammad surrendered to FCI Terre Haute Camp, which is in Terre Haute, Indiana. I therefore respectfully request that Pretrial Services be ordered to return Mr. Bey-Muhammad's passport to me, Christine Delince, as his counsel, so that I can return it to his family.

    I have consulted with the government, and they have no objection to this request.

Respectfully Submitted,

*Christine Delince*
Christine Delince, Esq.

DATED:   NEW YORK, NEW YORK

        February 28, 2025

Application GRANTED.

SO ORDERED.

*Valerie Caproni*   3/3/2025

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE